Date: 05/27/11

# DIVIDENDS REMITTED TO THE COURT
Check Number 116 Dated 05/27/11
Case Number 08-36440 - ZEMBO, SCOTT JAMES

Page: 1

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221<br>   FINAL DISTRIBUTION<br>   1001 | 000007 | 262.56 | 3.38 |
| RJM ACQUISITIONS FUNDING LLC<br>ASSIGNEE OF FINGERHUT<br>575 UNDERHILL BLVD STE 224<br>SYOSSET NEW YORK 11791<br>   FINAL DISTRIBUTION<br>   6669 | 000008 | 138.09 | 1.78 |
| ---------- Remittance Total ---------------- | | 400.65 | 5.16 |

John A. Hedback, Trustee

RECEIVED 11 MAY 31 PM 12:49 U.S. BANKRUPTCY COURT ST. PAUL, MN